IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUMMIT DATA SYSTEMS, L.L.C., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:10-CV-00748-RGA |
| ADAPTEC, INC., HIGHPOINT TECHNOLOGIES INCORPORATED, HITACHI DATA SYSTEMS CORPORATION, INFORTREND CORPORATION, and PROMISE TECHNOLOGY, INC., | : JURY TRIAL DEMANDED |
| Defendants. | : |

## ORDER

Plaintiff Summit Data System's Motion for Default Judgment (the "Motion"), having been presented to and considered by the Court,

IT IS HEREBY ORDERED this 20th day of March, 2012, that Plaintiff's Motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE