IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SUMMIT DATA SYSTEMS LLC
    Plaintiff,

v.                             Civil Action No. 1:10-CV-00748-RGA

ADAPTEC, INC., HIGHPOINT
TECHNOLOGIES INCORPORATED,
HITACHI DATA SYSTEMS
CORPORATION, INFORTREND
CORPORATION, and
PROMISE TECHNOLOGY, INC.,
    Defendants.

## AFFIDAVIT OF PERSONAL SERVICE

STATE OF DELAWARE
                SS.
COUNTY OF KENT:

I Tina Irizarry, of the State of Delaware, County of Kent, being duly sworn, says that on
the 21st day of March 2012, I personally served a MOTION TO DEFAULT and
PROPOSED ORDER AND SIGNED ORDER GRANTING MOTION OF DEFAULT
FOR PROMISE TECHNOLOGY INC. upon the following by serving the Delaware
Secretary of State, located at 401 Federal Street, Suite 4, Dover DE 19901.

**PROMISE TECHNOLOGY INC.**

Name of individual who accepted service:   Karen Charbonneau at 3:57 p.m.

Description of individual served: White female, approximately 55 years of age, with
blonde hair, approximately 180 lbs, approximately 5'8 in height

Tina Irizarry

Subscribed and sworn before me
This 21st day of March 2012

Notary Public
My commission expires:

SHELLY RAE MILES
Notary Public
No. 2003028123
State of Delaware
County of Kent
M... ...ires Feb. 7, 2014